

Ryan Farrell
Trial Attorney
10 North Post Street, Suite 700
Spokane, Washington 99201
509.624.7606
Attorney for Manuel P. Villalobos

United States District Court
District of Idaho
Honorable David C. Nye

| United States, | No. 3:19-CR-40-DCN-1 |
|---|---|
| Plaintiff, | Motion to Dismiss Count One of the Indictment |
| v. | |
| Manuel P. Villalobos, | |
| Defendant. | |

Manuel P. Villalobos respectfully moves the Court to dismiss Count One of the Indictment pursuant to Federal Rule of Criminal Procedure 12. Count One charges Mr. Villalobos with being a felon in possession of firearms, in violation of 18 U.S.C. § 922(g)(1). Section 922(g)(1) is unconstitutional because it violates Mr. Villalobos's right to keep and bear arms under the Second Amendment to the Constitution, as interpreted by the Supreme Court in *District of Columbia v. Heller*, 554 U.S. 570 (2008) and *N.Y. State Rifle & Pistol Ass'n v. Bruen*, 142 S. Ct. 2111 (2022). Accordingly, it cannot be the basis for prosecuting Mr. Villalobos.

This motion is based upon the Second Amendment, the attached memorandum of counsel, and the Court's record and file.

Dated: January 20, 2023.

Federal Defenders of Eastern Washington & Idaho
Attorneys for Manuel P. Villalobos

s/Ryan M. Farrell
Ryan M. Farrell, WSBA #58863
10 North Post Street, Suite 700
Spokane, Washington 99201
t: (509) 624-7606
f: (509) 747-3539
ryan_farrell@fd.org

Service Certificate

I certify that on January 20, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorneys: Bryce Ellsworth, David Robins, and Justin Whatcott.

s/Ryan M. Farrell
Ryan M. Farrell, WSBA #58863
10 North Post Street, Suite 700
Spokane, Washington 99201
t: (509) 624-7606
f: (509) 747-3539
ryan_farrell@fd.org
