

Ryan Farrell
*Trial Attorney*
10 North Post Street, Suite 700
Spokane, Washington 99201
509.624.7606
Attorney for Manuel Phillip Villalobos, III

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| United States, | No. 3:19-CR-0040-DCN |
| Plaintiff, | Unopposed[1] Motion to Continue Jury Trial and Accompanying Deadlines |
| v. | |
| Manuel Phillip Villalobos, III, | |
| Defendant. | |

---

[1] According to Assistant United States Attorneys Bryce Ellsworth and David Robins, the government does not object to this motion.

## I. Introduction

The defense respectfully asks the Court to continue the August 28, 2023, jury trial and all accompanying hearings and deadlines, with a new trial date to be determined at a status conference to be held in sixty days.

## II. Background

The jury trial in this matter is scheduled to begin on August 28, 2023. As part of their preparation, defense counsel met with Mr. Villalobos regularly. Their most recent meeting with Manny raised a significant issue requiring additional evaluation, making it impossible to proceed to trial by August 28.

## III. Discussion

The Court may grant a continuance where "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7). Under the Speedy Trial Act, courts may grant a continuance for any number of reasons, ranging from time necessary to determine the defendant's mental competency under subsection (h)(1)(A) to the time necessary for effective preparation under subsection (h)(7).

Here, a continuance is warranted. The defense is exercising due diligence to address the significant issue it identified. At this time, the defense does not know when this issue will be resolved. The defense knows only that it cannot proceed with the jury trial on the scheduled date of August 28. Accordingly, the defense asks the Court to

grant the continuance to preserve judicial resources and Mr. Villalobos's constitutional right to a fair trial and effective assistance of counsel. The defense asks the Court to set a status conference in sixty days.

## IV. Conclusion

For the reasons stated above, the defense respectfully asks the Court for a continuance of the August 28, 2023, jury trial and all accompanying hearings and deadlines. The defense also asks the Court to set a status conference in sixty days.

Dated: August 11, 2023.

Federal Defenders of Eastern Washington & Idaho
Attorneys for Manuel Phillip Villalobos, III

s/Ryan M. Farrell
Ryan M. Farrell, WSBA #58863
10 North Post Street, Suite 700
Spokane, Washington 99201
t: (509) 624-7606
f: (509) 747-3539
ryan_farrell@fd.org

Service Certificate

I certify that on August 11, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorneys Bryce Ellsworth and David Robins.

<u>s/Ryan M. Farrell</u>
Ryan M. Farrell, WSBA #58863
10 North Post Street, Suite 700
Spokane, Washington 99201
t: (509) 624-7606
f: (509) 747-3539
ryan_farrell@fd.org