Manuel Phillip Villalobos III
Reg# 19836023
Federal Medical Center
P.O. Box 1600
Butner, NC 27509
Filing Pro Se

U.S. COURTS

JUN 13 2024

Rcvd____ Filed____ Time____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

United States Court of Appeals
For the Federal Circuit

RECEIVED JUN 05 2024

# UNITED STATES COURT OF APPEALS

# FEDERAL CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:19-cr-0040-DCN |
| Plaintiff, | RULE 41 (b)(3) |
| VS. | DISMISSAL OF ACTIONS |
| MANUEL PHILLIP VILLALOBOS III | |
| Defendant. | |

Here comes now the defendant and files this rule 41(b)(3). Rule 41, dismissal of actions, (b) involuntary dismissal; effect, (3) When it appears that there is a failure of the plaintiff to prosecute, the court may on its own after notice, or on motion of a defendant, under the action or any claim dismissed for lack of prosecution.

Rule 41 - page 1

Amendment 6 rights of the accused

In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the state and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witness against him; to have compulsory process for obtaining witnesses in favor, and to have the assistance of counsel for his defense. The government has six months to prepare for trial regardless of superceding indictment (Barker v Wingo, 407 US 514, 33 L Ed 2d 101, 92 SCT 2182 [407 US 523]). July 2022 to August 2023, a term exceeding a year breached my speedy trial right. This case is a simple case and the prosecution has had plenty of time not to prosecute, and it appears there is a failure of the plaintiff to prosecute. This case is now sixty three months along, ten times the amount for the government to prosecute.

SIGNED Manuel Phillip Villalobos III

Rule 41 - page 2